UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STACY CARABALLO, <br> Plaintiff, | ) ) ) | **JUDGMENT** |
| v. | ) ) ) | No. 7:10-CV-122-H |
| SHOREH BAGBEH, BLUE VIEW CORPORATION, LOAN SERVICING GROUP, LLC; K.H.F. LENDING, LLC, INSTANT FUNDING, LLC, STEPHEN M. RUSSELL, SR., ESQ.; and BELL, DAVIS & PITT, P.A., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) | |

**Decision by Court.**
**This came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff's motion for reconsideration for sanctions is DENIED. Sanctions in the amount of $10,000.00 are hereby awarded to defendants Stephen M. Russell and Bell, Davis & Pitt, P.A. against plaintiff's counsel, Mr. Chris Livingston.**

This Judgment Filed and Entered on June 14th 2012 with service on:
Christopher W. Livingston (via CM/ECF Notice of Electronic Filing)
Leslie C. Packer (via CM/ECF Notice of Electronic Filing)
Stephen D. Feldman (via CM/ECF Notice of Electronic Filing)
Charles E. Raynal, IV (via CM/ECF Notice of Electronic Filing)
Gary S. Parsons (via CM/ECF Notice of Electronic Filing)
Hannah Gray Styron (via CM/ECF Notice of Electronic Filing)

JULIE A. RICHARDS, CLERK
/s/   Donna Rudd
(By): Donna Rudd, Deputy Clerk